UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Chana Kramer, individually and on behalf of all others similarly situated;

          Plaintiff(s),

-v.-

C. Tech Collections, Inc.,

          Defendant(s).

---

Case No: 2:22-cv-03240-ARR-AYS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT C. TECH COLLECTIONS, INC.

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant C. Tech Collections, Inc., shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 8, 2022

          **HOROWITZ LAW, PLLC**

          */s/ Uri Horowitz*
          By: Uri Horowitz, Esq.
          14441 70th Road
          Flushing, NY 11367
          Phone: (718) 705-8706
          uri@horowitzlawpllc.com

          *Attorneys For Plaintiff Chana Kramer*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 8th day of August, 2022          Respectfully Submitted,

/s/ Uri Horowitz
Uri Horowitz

So Ordered,

s/ARR
Allyne R. Ross, U.S.D.J.  8/9/2022